1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  BRIAN TRENT ADAMS,              ) NO. CV 17-5542-JAK(E)
                                    )
12              Petitioner,         )
                                    )    ORDER ACCEPTING FINDINGS,
13      v.                          )
                                    )    CONCLUSIONS AND RECOMMENDATIONS
14  SCOTT KERNAN, Secretary         )
    of CDCR,                        )    OF UNITED STATES MAGISTRATE JUDGE
15                                  )
                Respondent.         )
16  _____ )

17

18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19  Petition, all of the records herein and the attached Report and

20  Recommendation of United States Magistrate Judge.  Further, the Court

21  has engaged in a de novo review of those portions of the Report and

22  Recommendation to which any objections have been made.  The Court

23  accepts and adopts the Magistrate Judge's Report and Recommendation.

24

25        IT IS ORDERED that: (1) Respondent's Motion to Dismiss is

26  granted; and (2) Judgment shall be entered denying and dismissing the

27  Petition with prejudice.

28  ///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment

3  herein on Petitioner and counsel for Respondent.

4

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7        DATED: January 3, 2018

8

9

10   _____
                  JOHN A. KRONSTADT
11                UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28