UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRIAN TRENT ADAMS,  ) NO. CV 17-5542-JAK(E)
 )
        Petitioner, )
 )
  v.  ) JUDGMENT
 )
SCOTT KERNAN, Secretary )
of CDCR, )
 )
        Respondent. )
_____)

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 3, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE